serves printed record by May eleventh and printed brief by May eighteenth. Respondents' brief to be served by May twenty-second, and case argued as soon thereafter as reached in regular order.

Cass Griggs, Respondent, v. Harris Finkelstein and Another, Appellants.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

J. Du Fay Whitbeck, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

Ray De Poty, an Infant, etc., Respondent, v. Carl I. Shepard, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

Gladys Warner, an Infant, etc., Respondent, v. Lillian B. Coleman, Appellant.— Appeal dismissed unless appellant is ready for argument by May twelfth.

Patrick H. Malady, Appellant, v. Osbert S. Prindle and Others, Respondents.— Appeal dismissed unless appellant serve proposed case by May twelfth, printed papers by May twenty-second, and pay to respondents' attorneys ten dollars.

George L. Rice, Appellant, v. Burt L. Giddings, Respondent.— Appeal dismissed unless appellant serve proposed case by May twelfth and file and serve printed record and brief on appeal by May twenty-second.

John A. White, Appellant, v. Albert Vincent, Respondent.— Appeal dismissed unless appellant file and serve printed record on appeal by May twelfth and pay to respondent's attorney ten dollars.

Charlotte Dillingham Carr, Respondent, v. Charles H. Carr, Appellant. — Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Judicial Settlement of the Accounts of William T. Gaynor, as Administrator, etc., of Katherine C. Gaynor, Deceased.— Appeal dismissed unless appellant is ready for argument by May twelfth.

In the Matter of the Judicial Settlement of the Accounts of William T. Gaynor and Mary R. Bangs, as Executors, etc., of Edward Gaynor, Deceased.— Appeal dismissed, unless appellant is ready for argument by May twelfth.

Luther P. Graves and Others, Respondents, v. J. Stewart Burns and Others, Appellants.— Appeal dismissed without costs, upon stipulation filed.

Augustus C. Snyder, Appellant, Respondent, v. George H. Spitzli, Respondent, Appellant.— Appeals dismissed, without costs, upon stipulation filed.

Claus A. Harwick and Another, Doing Business under the Firm Name, etc., Respondents, v. Camden Water Wheel Works, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Anna Best Devine, Appellant, v. James Miller Russell and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of Donald C. Wedgeworth, as Executor, etc., of Helen C. Wedgeworth, Deceased, Appellant, for an Inquiry, etc.